**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONTRELL HOLMES, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-1577-JSD |
| | ) | |
| LEIUTENANT E. PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff Montrell Holmes, Sr.

commenced this civil action on October 21, 2025. ECF No. 1. On February 19, 2026, the Court

directed Plaintiff to file an amended complaint. ECF No. 4. Plaintiff was given 30 days to

respond to the Order. *Id*.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time

to do so. Plaintiff was given meaningful notice of what was expected, he was cautioned that his

case would be dismissed if he failed to timely comply, and he was given ample time to comply.

The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to

comply with the Court's February 19, 2026 Order and his failure to prosecute his case. *See* Fed.

R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of

a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control

necessarily vested in courts to manage their own affairs so as to achieve the orderly and

expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district

court has the power to dismiss an action for the plaintiff's failure to comply with any court

order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 24th day of April, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2